**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-7537**

_____

NIJEL RAMSEY LEE, a/k/a Nijel Ramsey Lee Bey,

Plaintiff – Appellant,

v.

FRANK L. PERRY; NORA HUNT; CAPTAIN MELISSA EVANS; LIEUTENANT CANADY; JASON NICHOLSON; JAMES SPILLMAN; D. MCCOY; C/O FOWLER; JOHN DOE, Correctional Officer; PAMELA J. LOCKLEAR; MONICA BOND; KEVIN GRAVES; REGINALD MEWBORN,

Defendants – Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:20-ct-03379-D)

_____

Submitted:  March 24, 2022                                  Decided:  March 29, 2022

_____

Before MOTZ, WYNN, and RICHARDSON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Nijel Ramsey Lee, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nijel Ramsey Lee appeals the district court's orders dismissing without prejudice his 42 U.S.C. § 1983 complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lee v. Perry*, No. 5:20-ct-03379-D (E.D.N.C. June 15, 2021 & Oct. 12, 2021). Lee's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*